IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) </br> ) </br> Plaintiff, ) </br> v. ) Civil Action File No. </br> ) </br> HORNBEAM SPECIAL ) 1:17-cv-3094-WMR </br> SITUATIONS, LLC, et al., ) </br> ) </br> Defendants. ) | |

**DEFENDANT PATRICIA BRANDMEIER ROBINSON AS EXECUTOR OF THE ESTATE OF JERRY L. ROBINSON'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW, Defendant Patricia Brandmeier Robinson as Executor of the Estate of Jerry L. Robinson (the "**Estate**"), pursuant to FRCP 56, LR 56 and LR 7.1, and moves the Court for a summary judgment on Counts I, II, IV, V and VI of the Federal Trade Commission's ("**FTC**") Second Amended Complaint for Injunctive and Other Equitable Relief ("**SAC**"). This Motion is based upon:

(a) The full record in the case;

(b) The attached Statement of Undisputed Material Facts ("**SUMF**"); and

(c) The attached Memorandum of Law.

Dated:       August 10, 2021

Respectfully submitted,

**DOVIN | FICKEN LLC**

*/s/ Edward J. Dovin*
Edward J. Dovin
Georgia Bar No. 227645
ejdovin@dovinficken.com


*/s/ Allison S. H. Ficken*
Allison S. H. Ficken
Georgia Bar No. 355875
ahficken@dovinficken.com

*Counsel for Defendant Patricia Brandmeier Robinson, Executor of the Estate of Jerry L. Robinson*

Monarch Plaza
3414 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
T: (770) 829-3869
F: (770) 829-3865

## **CERTIFICATE OF SERVICE**

This is to certify that, in accordance with the Local Rules for the Northern District of Georgia, LR 5.1A, I have this day electronically filed the within and foregoing DEFENDANT PATRICIA BRANDMEIER ROBINSON AS EXECUTOR OF THE ESTATE OF JERRY L. ROBINSON'S MOTION FOR SUMMARY JUDGMENT in the above-styled case with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 10th day of August, 2021.

/s/ *Allison S. H. Ficken*
Allison S. H. Ficken
Georgia Bar No. 355875


## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1 and 7.1, the undersigned certifies that this document has been prepared using Times New Roman 14 point font and does not contain more than 10 characters per inch of type.

/s/ *Allison S. H. Ficken*
Allison S. H. Ficken
Georgia Bar No. 355875