IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Federal Trade Commission,** | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:17-cv-3094-WMR |
| **Hornbeam Special Situations, LLC, et al.,** | |
| Defendants. | |

## <u>NOTICE OF HEARING</u>

Notice is hereby given that the Court sets a hearing to be conducted via **ZOOM VIDEO** on the Motion for Entry of Preclusion Order [Doc 374], Motions for Summary Judgment [Docs 375-381, 387-390], in this case for Tuesday, December 21, 2021 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will NOT be a live hearing in the courtroom. Instructions for **ZOOM VIDEO** are:

https://ganduscourts.zoomgov.com/j/1616057454
Meeting ID: 161 605 7454
Passcode: 1705
Audio via phone:    +1 646 828 7666

If any party wishes for the hearing to occur live in the courtroom with all counsel present, they may petition the Court within ten (10) days of the date of this Notice of Hearing; otherwise, the Court will proceed with a ZOOM VIDEO hearing.

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard.   Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 4th day of October, 2021.


WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE