UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v.           )<br>)<br>HORNBEAM SPECIAL SITUATIONS, )<br>LLC, *et al.*,        )<br>)<br>Defendants. ) | 01:17cv03094-WMR |

**STIPULATED ORDER RESOLVING CLAIMS AGAINST DEFENDANT THE ESTATE OF JERRY L. ROBINSON (PATRICIA BRANDMEIER ROBINSON, AS EXECUTOR OF THE ESTATE OF JERRY L. ROBINSON)**

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), filed its Complaint for Injunctive and Other Equitable Relief ("Complaint"), subsequently amended, pursuant to Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b), 57b, the Restore Online Shoppers' Confidence Act ("ROSCA"), 15 U.S.C. §§ 8401 *et seq.*, and the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6101 – 6108. Defendant the Estate of Jerry L. Robinson (Patricia Brandmeier Robinson, as Executor of the Estate of Jerry L. Robinson) ("Robinson Estate") and the Commission stipulate to the entry of this Stipulated Order Resolving Claims Against the Robinson Estate ("Order") to resolve all matters in dispute in this action against the Robinson Estate.

THEREFORE, IT IS ORDERED as follows:

### FINDINGS

1. This Court has jurisdiction over this matter.

2. The Second Amended Complaint charges that Defendants Hornbeam Special Situations, LLC; Cardinal Points Holdings, LLC; Cardinal Points Management, LLC; and Gyroscope Management Holdings, LLC (collectively "Hornbeam Entities") participated in unfair and deceptive acts or practices in violation of Section 5 of the FTC Act, 15 U.S.C. § 45, the Telemarketing Sales Rule ("TSR"), 16 C.F.R. §§ 310.3(a)(3), 310.4(a)(7), and ROSCA, 15 U.S.C. §§

8401 *et seq.*

3. The Second Amended Complaint charges that Jerry L. Robinson is individually liable for the Hornbeam Entities' violations set forth therein.

4. Only for purposes of this action, the Robinson Estate admits the facts necessary to establish jurisdiction.

5. The Robinson Estate does not contest that the FTC could submit sufficient evidence to demonstrate by a preponderance of the evidence that Jerry L. Robinson and, therefore, the Robinson Estate, is individually liable for the charges described above.

6. The Robinson Estate waives any claim that it may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and agrees to bear its own costs and attorney fees.

7. The Robinson Estate waives and releases all claims that exist or may exist against the Commission or its employees arising out of or in connection with this matter.

8. The Robinson Estate and the Commission waive all rights to appeal or otherwise challenge or contest the validity of this Order.

## ORDER

IT IS THEREFORE ORDERED that the foregoing stipulations resolve the

Commission's claims against the Robinson Estate in this action and the Robinson Estate is dismissed, with prejudice, from further participation in this matter.

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

SO ORDERED this 22nd day of June, 2022.

_____
William M. Ray, II
UNITED STATES DISTRICT JUDGE

**SO STIPULATED AND AGREED:**

**FEDERAL TRADE COMMISSION:**

*/s/ K. F. Felix*

KORIN EWING FELIX
HONG PARK
PHILIP Z. BROWN
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-9528
Washington DC 20580
Telephone: (202) 326-3556 (Felix)
Telephone: (202) 326-2158 (Park)
Telephone: (202) 326-2979 (Brown)
Facsimile: (202) 326-3197
Email: kfelix@ftc.gov; hpark@ftc.gov; pbrown1@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**FOR SETTLING DEFENDANT:**

_/s/ Allison SH Ficken_                                    Date: 5/5/22
Edward J. Dovin
Allison S. H. Ficken
DOVIN | FICKEN LLC
Monarch Plaza
3414 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
T: (770) 829-3869
F: (770) 829-3865

Attorneys for the Robinson Estate

**SETTLING DEFENDANT:**

_/s/ Patricia Brandmeier Robinson_                         Date: 5.5.22
Patricia Brandmeier Robinson,
as Executor of the Estate of Jerry L. Robinson