# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>  Plaintiff,<br><br>  v.<br><br>HORNBEAM SPECIAL SITUATIONS, LLC, et al.,<br><br>  Defendants. | Case No. 01:17cv03094-WMR<br><br>**NOTICE OF FILING PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION, MONETARY JUDGMENT, AND OTHER RELIEF AS TO DEFENDANT MARK WARD** |

Plaintiff, the Federal Trade Commission ("FTC"), respectfully files the attached proposed Stipulated Order For Permanent Injunction, Monetary Judgment, And Other Relief As To Defendant Mark Ward ("Stipulated Order"). The proposed Stipulated Order bears the signatures of 1) *pro se* Defendant Mark Ward; and 2) counsel for the FTC. A true copy of the proposed Stipulated Order is attached hereto as Exhibit A.

Dated:  December 22, 2023        Respectfully submitted,

  s/    Philip Z. Brown
KORIN EWING FELIX
HONG PARK
PHILIP Z. BROWN
BENJAMIN J. THEISMAN
*Counsel for Plaintiff the Federal Trade Commission*
600 Pennsylvania Avenue NW, CC-9528
Washington, DC 20580
Telephone:  (202) 326-3556 (Felix), -2158 (Park); -2979 (Brown), -2223 (Theisman)
Email:  kfelix@ftc.gov, hpark@ftc.gov, pbrown1@ftc.gov; btheisman@ftc.gov

## LR 5.1 CERTIFICATION

Pursuant to LR 7.1(D), I hereby certify that this filing was prepared with 14-point Times New Roman font in accordance with LR 5.1(C).

 s/     Philip Z. Brown            
Counsel for Plaintiff
Federal Trade Commission

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2023, I electronically filed this Notice Of Filing Proposed Stipulated Order For Permanent Injunction, Monetary Judgment, And Other Relief As To Defendant Mark Ward and attachments thereto with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record at the email addresses registered by them with the Court by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that I served this document by email to the following non-CM/ECF participant:

Defendant Mark Ward

        s/      Philip Z. Brown
        Counsel for Plaintiff
        Federal Trade Commission